# EXHIBIT "A"

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,349,744
Registered Dec. 4, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# PREVAGEN

QUINCY BIOSCIENCE, LLC (WISCONSIN LTD LIAB CO)
455 SCIENCE DRIVE, SUITE 120
MADISON, WI 53711

FOR: DIETARY SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 9-4-2007; IN COMMERCE 9-4-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-727,165, FILED 10-5-2005.

GEORGE LORENZO, EXAMINING ATTORNEY