IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **QUINCY BIOSCIENCE, LLC,** | |
| Plaintiff, | Case No. 1:17-cv-8292 |
| v. | |
| **ELLISHBOOKS, ELISHBOOKS CORPORATION** and **DOES 1-5** | JURY REQUESTED |
| Defendants. | |

## AFFIDAVIT OF SERVICE

I, SANJAY S. KARNIK, hereby swear under penalty of perjury as follows:

1. I am an attorney at the law firm of Amin Talati Upadhye, LLP, located at 100 S. Wacker Drive, Suite 2000, Chicago, Illinois 60606. I am an attorney of record for the Plaintiff, Quincy Bioscience, LLC ("Quincy" or "Plaintiff") in this action, and I make and submit this affidavit in connection with the service of process of the Summons and First Amended Complaint upon Defendants Ellishbooks and Elishbooks Corporation.

2. Defendant Ellishbooks is a seller of goods on the internet website Amazon.com conducting business at 103 Governors Road, Lakewood, New Jersey 08701 (the "Address").

3. Defendant Elishbooks Corporation is a New Jersey for-profit corporation with a registered office at the Address and whose registered agent is listed as "Rachel." See Exhibit A, Elishbooks Corporation Certificate of Incorporation (Profit) from the New Jersey Department of the Treasury, Division of Revenue and Enterprise Services.

1

4. Plaintiff's counsel engaged third party process server Kenneth Eberle of APS International, Ltd. Civil Action Group to personally serve Defendants at the Address. Reasonable and good faith attempts to serve Defendants were made on January 8, 2018, when the process server was told by a resident at the Address that while the resident was aware of Defendants, the resident had no affiliation with Defendants and Defendants were not present at the Address. *See* Exhibit B, Attached Affidavits of Due and Diligent Attempt upon Elishbooks Corporation and Ellishbooks.

5. New Jersey Rules of Court 4:4-4(a) and 4:4-7 provide a mechanism for personal service of a defendant by mail if personal service cannot be effected after a reasonable and good faith of attempt to serve. *See also* Fed. R. Civ. P. 4(e)(1), 4(h)(1)(A) (allowing service of a corporation or association by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where service is made).

6. On January 10, 2018, I caused a copy of the Summons, First Amended Complaint, Notice of Mandatory Initial Discovery and Lanham Mediation Notice to be sent by certified mail, return receipt requested, to the registered agent for Defendant Elishbooks Corporation and what is believed to be Defendant Elllishbooks usual place of business.

7. On January 16, 2018, a certified mail tracking electronic notification stated that notice was left at the Address for these mailings, and notification further stated "No Authorized Recipient Available."

8. Requested redelivery attempts to the Defendants and the Address were reported as unsuccessful on or by February 1, 2018. Printouts of the return receipt card as well as the printout of the electronic confirmation of unclaimed delivery attached as Exhibit C (Rachel – Elishbooks Corporation) and Exhibit D (Ellishbooks), respectively.

9. On January 10, 2018 I simultaneously sent a copy of the Summons, First Amended Complaint, Notice of Mandatory Initial Discovery and Lanham Mediation Notice to each Defendant at the same respective names and Address by ordinary mail and counsel's address as the return address. Neither mail has been returned to counsel as of this date.

10. Per New Jersey Rules of Court 4:4-4(a) and 4:4-7, and Federal Rules of Civil Procedure 4(e)(1) and 4(h)(1)(A), personal service of Defendants was effectuated no later than on February 1, 2018.

DATED on the 12th day of February, 2018.

_____
(Signature of Affiant)

SWORN to subscribed before me, this 12th day of February, 2018.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JAMES G. THIEDE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/7/21

My Commission Expires:

3/7/21

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of February, 2018 served a copy of the foregoing AFFIDAVIT OF SERVICE upon the Defendants placing copies thereof in the U.S. Mail, postage paid, to:

ELLISHBOOKS
103 Governors Rd.
Lakewood, NJ 08701

Elishbooks Corporation
103 Governors Rd.
Lakewood, NJ 08701

                                                            */s/ Sanjay S. Karnik*