IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ELLISHBOOKS, ELISHBOOKS CORPORATION and DOES 1-5<br><br>    Defendants. | Case No. 1:17-cv-8292<br><br><br>JURY REQUESTED |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Quincy Bioscience, LLC, through undersigned counsel, moves for the entry of default against Defendants Ellishbooks and Elishbooks Corporation for failure to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Plaintiff's Motion for Entry of Default. A Proposed Order will be contemporaneously submitted via e-mail for the Court's consideration.

Dated: March 15, 2018.
Respectfully submitted,

By: */s/ Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

1

*Attorneys for Plaintiff,*
*Quincy Bioscience, LLC*

Case: 1:17-cv-08292 Document #: 12 Filed: 03/15/18 Page 2 of 3 PageID #:81

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of March, 2018 I electronically filed the foregoing document described as PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT with the Clerk of Court using the CM/ECF System, and have served Defendants Ellishbooks and Elishbooks Corporation via U.S. Mail at 103 Governors Road, Lakewood, NJ, 08701-1462.

    /s/ Sanjay S. Karnik
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Attorneys for Plaintiff,*
*Quincy Bioscience, LLC*