# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **QUINCY BIOSCIENCE, LLC,** | |
| **Plaintiff,** | **Case No. 1:17-cv-8292** |
| **v.** | |
| **ELLISHBOOKS, ELISHBOOKS CORPORATION and DOES 1-5** | |
| **Defendants.** | |

**DECLARATION OF JONATHAN J. KRIT**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

1. My name is Jonathan J. Krit and I am a member of the bar of the Northern District of Illinois. I am an attorney at the law firm of Amin Talati Upadhye, LLP, located at 100 S. Wacker Drive, Suite 2000, Chicago, Illinois 60606. I am an attorney of record for the Plaintiff, Quincy Bioscience, LLC ("Quincy" or "Plaintiff") in this action, and I make and submit this affidavit in connection with Plaintiff's Motion for Entry of Default.

2. I have first-hand knowledge of the facts set forth herein, or have learned these facts first hand, and if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts.

3. A Complaint was filed in this action on November 15, 2017 naming Ellishbooks and Does 1-5 as Defendants. (Docket Item No. 1). A First Amended Complaint was filed in this action on December 14, 2017, adding Elishbooks Corporation as a defendant. (Docket Item No. 10).

4. Defendants Ellishbooks and Elishbooks Corporation (hereafter the "Served Defendants") were served with the First Amended Complaint on February 2, 2018. An Affidavit of Service as to the Served Defendants was filed on February 12, 2018. (Docket Item No. 11).

5. On February 11, 2018, Attorney Cory J. Rosenbaum emailed the undersigned, stating "I have permission to accept service of process" on behalf of the Served Defendants. However, in a phone call later that day, Mr. Rosenbaum informed the undersigned that he would not accept service, and intended to consult further with his client. Plaintiffs proceeded to file proof of the service already effectuated (Docket Item No. 11), and provided courtesy copies to Mr. Rosenbaum in addition to those mailed to the Served Defendants.

6. On February 16, 2018 the undersigned emailed Mr. Rosenbaum asking, *inter alia*, that he contact the undersigned or update the status of his representation of the Served Defendants. Mr. Rosenbaum did not respond to the email.

7. On March 1, 2018, the undersigned emailed Mr. Rosenbaum, notifying him of Plaintiff's intention to move for entry of default and inquiring again if he still represented the Served Defendants. Mr. Rosenbaum responded to this email on March 8, 2018, but did not clarify the status of his representation.

8. On March 9, 2018, the undersigned emailed Mr. Rosenbaum asking him to clarify whether he currently represented the Served Defendants. No response has been received as of the morning of March 15, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois on March 15, 2018.

By: _____

Jonathan J. Krit