**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **QUINCY BIOSCIENCE, LLC,** | |
| Plaintiff, | Case No. 1:17-cv-8292 |
| v. | |
| **ELLISHBOOKS, ELISHBOOKS CORPORATION and DOES 1-5** | JURY REQUESTED |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, March 21, 2018 at 8:45 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Sharon Johnson Coleman in Courtroom #1425 to present Plaintiff Quincy Bioscience, LLC's Motion for Entry of Default against Defendants Ellishbooks and Elishbooks Corporation pursuant to Fed. R. Civ. P. 55(a).

This <u>15th</u> day of March, 2018.                    Respectfully submitted,

By: */s/ Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Attorneys for Plaintiff
Quincy Bioscience, LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2018 I electronically filed the foregoing document described as NOTICE OF MOTION with the Clerk of Court using the CM/ECF System, and have served Defendants Ellishbooks and Elishbooks Corporation via U.S. Mail at 103 Governors Road, Lakewood, NJ, 08701-1462.

      */s/ Sanjay S. Karnik*
      Jonathan J. Krit
      Illinois Reg. No. 6201473
      Sanjay S. Karnik
      Illinois Reg. No. 6300156
      AMIN TALATI UPADHYE, LLP
      100 S. Wacker Dr., Suite 2000
      Chicago, IL 60606
      Telephone: (312) 327-3328
      Facsimile: (312) 884-7352

      *Attorneys for Plaintiff,*
      *Quincy Bioscience, LLC*