# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **QUINCY BIOSCIENCE, LLC,** | |
| Plaintiff, | Case No. 1:17-cv-8292 |
| v. | |
| **ELLISHBOOKS, ELISHBOOKS CORPORATION** and **DOES 1-5** | JURY REQUESTED |
| Defendants. | |

**NOTICE TO THE COURT REGARDING DEFENDANTS' LETTER OF APRIL 23, 2018**

    Plaintiff Quincy Bioscience, LLC provides this Notice to the Court in response to a letter issued by counsel for Defendants Ellishbooks and Elishbooks Corporation earlier today, sent by Defendants directly via email to Yvette Montanez, Courtroom Deputy. Plaintiff files its response in the form of this Notice so as to comply with the Hon. Sharon Johnson Coleman's stated rule regarding Correspondence with the Court.

    Mr. Rosenbaum's letter earlier today requested a continuance of the motion or request to appear telephonically with respect to the Notice of Motion for Plaintiff's Motion for Default Judgment (Fed. R. Civ. P. 55(b)) filed on April 16, 2018 (*see* Dkt. Nos. 16, 17). Default under Rule 55(a) has been entered in this case (*see* Dkt. Nos. 14, 15). Plaintiff does not object to counsel for Defendants appearing telephonically at tomorrow's hearing.

    However, Plaintiff opposes Defendants' untimely request for a continuance of the Motion. Mr. Rosenbaum had actual notice of the present motion and presentment date since shortly after it

1

was filed on Monday, April 16, 2018. Nobody from Mr. Rosenbaum's office made any attempt to contact Plaintiff's counsel until Saturday, April 21, let alone seek a continuance from the Court.

If Defendants wish to challenge service, they may do so in the course of opposing the pending motion. Mr. Rosenbaum writes that he has been authorized to accept service of process "saving all involved time [and] effort…" As shown in the attached email, Mr. Rosenbaum represented, "I have permission to accept service of process" on February 11, 2018, and could have saved even more time and effort had Defendants' counsel not reneged on that statement at the time.

Plaintiff respectfully requests that a briefing schedule permitting Defendants to raise its objections be set at tomorrow's hearing.

Dated: April 23, 2018.                    Respectfully submitted,

                                                        By: */s/ Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Attorneys for Plaintiff,*
*Quincy Bioscience, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2018 I electronically filed the foregoing document described as NOTICE TO THE COURT REGARDING DEFENDANT'S LETTER OF APRIL 23, 2018 with the Clerk of Court using the CM/ECF System, thus notifying all counsel of record.

/s/ *Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Attorneys for Plaintiff,*
*Quincy Bioscience, LLC*