# Jonathan Krit

| | |
|---|---|
| **From:** | CJR Rosenbaum <cjr@amazonsellerslawyer.com> |
| **Sent:** | Sunday, February 11, 2018 10:34 AM |
| **To:** | Jonathan Krit |
| **Subject:** | Re: Quincy v. Ellish Books |

I read your email about your time constraints - I appreciate your challenges.

I am catching up on emails while at a kid's movie b-day party (good movie, bagels, coffee, internet....awesome)

I have permission to accept service of process.

Let me know when you can speak. If its today or before 9am tomorrow morning, please feel free to call or text my cell: ~~[redacted]~~.

CJR


On Sun, Feb 11, 2018 at 11:18 AM, Jonathan Krit <jonathan@amintalati.com> wrote:
> Hi (again) CJ - sorry, I was called away or I would have anwered this email at the same time. I think it is best that we talk prior to drafting anything to see if any of Quincy's basic terms are nonstarters, and even if we file proof of service we would still await an appearance before getting too far into settlement.
>
> Sent from my Android device.
>
>
> From: CJR Rosenbaum
> Sent: Sunday, February 11, 7:18 AM
> Subject: Re: Quincy v. Ellish Books
> To: Jonathan Krit, Sanjay Karnik
>
> Can you please send me a draft settlement agreement? Maybe we can resolve without litigation?
>
> Also, there seems to be many third party sellers selling your client's products to consumers on Amazon.
>
> CJR
>
> On Tue, Feb 6, 2018 at 2:39 PM, CJR Rosenbaum <cjr@amazonsellerslawyer.com> wrote:
>> Jonathan & Sanjay,
>>
>> It was great meeting you via phone today.
>>
>> Please allow this email to serve as notice to your firm that my law firm represents Ellishbooks.
>>
>> As we discussed, I will address accepting service of process asap and also am relying on your not moving for a default without first placing me on notice.

1

Also, I will discuss settlement with my client which may include a requirement from your client to provide information about the source of my client's inventory and/or sales.

Thank you

CJ

--
CJ Rosenbaum, Esq.|Attorney at Law
Five Penn Plaza, 23rd Floor, New York, New York 10001
**Phone:** 212-256-1109 | **Toll Free:** 1-877-9-SELLER
**Skype/ WeChat:** amazonsellerslawyer
CJ@AmazonSellersLawyer.com
www.AmazonSellersLawyer.com

--
CJ Rosenbaum, Esq.|Attorney at Law
Five Penn Plaza, 23rd Floor, New York, New York 10001
**Phone:** 212-256-1109 | **Toll Free:** 1-877-9-SELLER
**Skype/ WeChat:** amazonsellerslawyer
CJ@AmazonSellersLawyer.com
www.AmazonSellersLawyer.com

--
CJ Rosenbaum, Esq.|Attorney at Law
Five Penn Plaza, 23rd Floor, New York, New York 10001
**Phone:** 212-256-1109 | **Toll Free:** 1-877-9-SELLER
**Skype/ WeChat:** amazonsellerslawyer
CJ@AmazonSellersLawyer.com
www.AmazonSellersLawyer.com