UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------X
QUINCY BIOSCIENCE, LLC,

                Plaintiff,

v.

ELLISHBOOKS, ELISHBOOKS
CORPORATION and DOES 1-5,

                Defendants.
-------------------------------------------------X

Case No. 17-cv-8292

Judge Sharon Johnson Coleman

## MOTION TO WITHDRAW AS COUNSEL
## FOR DEFENDANTS ELLISHBOOKS and ELISHBOOKS CORP.

Pursuant to LR83.17, and in compliance with Illinois Rules of Professional Conduct R. 1.16, Cory Rosenbaum ("Movant") hereby notifies the parties and the Court of his intent to withdraw as counsel for Defendants Ellishbooks and Elishbooks Corporation.

1. Movant has represented Defendants Ellishbooks and Elishbooks Corporation since February 2018.

2. Plaintiff moved for and was granted a default against the defendants by an order dated August 8, 2018.

3. Currently, there are no other pending motions on the docket. However, I was informed by opposing counsel that he intends to move to stay the prove up discussed below so that he can seek discovery.

4. The August 8, 2018 order also scheduled and prove up hearing for August 28, 2018. There are no other pre-trial deadlines looming in the near future.

5. Movant can no longer represent defendants for the following reasons:

      a.      Without waiving any confidentiality, Movant is aware that defendants opine that Movant committed legal malpractice by not accepting service of process which resulted in the default entered against defendants. While Movant strongly opposes the claim, the claim of malpractice exists;

      b.      Defendants terminated Movant's representation;

      c.      Defendants are not compensating Movant for time expended or expenses incurred including the time opposing the motion and certainly not for any time or expenses since the motion was decided in plaintiff's favor.

6. Pursuant to the local rules and rules of professional conduct, Movant informed defendants of the following:

a) The status of the case as summarized above;

b) The date of the prove up hearing, August 28, 2018;

c) that court information and contact information for the clerk of the court and Judge Coleman's chambers may be found on the website for the Northern District of Illinois;

d) that court information regarding a Pro Se party's access to the court's Electronic Case Filing System and other information for Pro Se litigants can be found on the website for the Northern District of Illinois;

e) that the court would likely require them to file pro se appearances on their own behalf or retain separate counsel to file substitute attorney appearances on their behalf;

f) that if they failed to file any such required pro se or attorney appearance they may be dismissed as plaintiffs from the case and/order faulted as counter-defendants; and

g) that their termination of my representation on their behalf individually would not result in any change to the allegations in Plaintiffs' complaint.

7. Movant verily believes he has informed defendants of the material information required to protect their own interests in the instant litigation following Movant's withdrawal.

8. Movant has filed this motion pursuant to the express instructions of defendants terminating Movant's representation of their interests.

9. Movant's withdrawal as counsel for defendants will not delay this litigation since I have been informed by counsel for plaintiff that he intends to seek an adjournment of the August 28, 2018 prove up hearing.

10. Movant's withdrawal as counsel for defendants will not prejudice plaintiff's rights in this action in any way.

11. Pursuant to LR83.17, and the Illinois Rules of Professional Conduct Rule 1.16, Movant seeks leave of the Court to withdraw as counsel for defendants.

**WHEREFORE,** Movant respectfully requests that this Court grant him leave to withdraw as counsel for defendants, and enter an Order stating that Movant has so withdrawn.

Dated: Long Beach, New York
August 14, 2018

Rosenbaum Famularo, P.C.
*Attorneys for Defendants*
*Ellishbooks and Elishbooks Corp.*
By: _____
Cory Rosenbaum (CR- 7529)
100 West Park Avenue, Suite 300
Long Beach, New York 11561
Tel: (212) 256-1109