IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **QUINCY BIOSCIENCE, LLC,** | |
| Plaintiff, | Case No. 1:17-cv-8292 |
| v. | Hon. Sharon Johnson Coleman |
| **ELLISHBOOKS, ELLISHBOOKS CORPORATION** and **DOES 1-5** | |
| Defendants. | |

**PLAINTIFF'S LIMITED OPPOSITION TO
COUNSEL FOR DEFENDANTS' MOTION TO WITHDRAW**

Defendants' counsel, Cory Jay Rosenbaum and his firm Rosenbaum Famularo, P.C. ("Counsel") has moved to withdraw as attorney for Defendants. (Dkt. No. 31, "Counsel's Motion"). Plaintiff Quincy Bioscience, LLC ("Plaintiff") brings this Limited Opposition solely for the purpose of seeking assurance that Counsel's withdrawal does not further unnecessarily delay this matter to the prejudice of Plaintiff's interests. Accordingly, Plaintiff asks that Counsel's Motion to Withdraw be continued until Defendants proffer substitute counsel, and in support thereof state the following:

1. Counsel's Motion notes there are no pre-trial deadlines in the near-future other than the currently scheduled prove-up hearing for August 28, 2018 (Counsel's Motion at ¶ 4), but does not discuss Plaintiff's Motion for Default Judgment (Dkt. No. 16) in view of the Court's Order of August 8, 2018 (Dkt. No. 28). The now-granted Motion includes a requirement that Defendants provide certain disclosures regarding its sales of Plaintiff's products and related matters. (Dkt. No. 16 at 2, 14-16). It is also not known whether Counsel has forwarded or will forward to Defendants

1

Plaintiff's Motion for Leave to Take Pre-Hearing Discovery and to Continue Prove-Up Hearing. (Dkt. No. 29).

2. Defendant Elishbooks Corporation, as a corporation, may not appear pro se. *Scandia Down Corp. v. Euroquilt, Inc.,* 772 F.2d 1423, 1427 (7th Cir. 1985). It appears that this may not have been communicated to, or could be misunderstood by, Defendants at the time Counsel spoke with them about withdrawal. (*See* Counsel's Motion at ¶ 6(e)). Counsel also states that Defendants were informed that failure to appear pro se or with substitute counsel may result in their being "dismissed as plaintiffs [sic] from the case and/or order faulted as counter-defendants[,]" *id.* at ¶ 6(f), which also might not be have been fully understood.

3. The uncertainties above, combined with Defendants' record of avoidance of service of process in this action, raises reasonable concerns that motions, orders, and any court-sanctioned early discovery could be delayed, thus prejudicing Plaintiff, complicating the administration of justice, and delaying the ultimate resolution of this action. *Installation Software Techs., Inc. v. Wise Solutions, Inc.*, No. 03 C 4502, 2004 U.S. Dist. LEXIS 3388 at *24-25 (N.D. Ill. March 4, 2004) (noting factors some courts consider in deciding a motion to withdraw) (copy of electronic reporter case attached as **Exhibit 1**).

4. Neither Counsel nor Defendants will be prejudiced if Counsel remains in the case temporarily for the sole purpose of receiving service of process and forwarding to Defendants any motions, Court orders, or other communications by the Court, for a reasonable period of time until Defendants engage new counsel.

Accordingly, Plaintiff respectfully requests that Counsel's Motion be continued until Defendants proffer substitute counsel, and that Defendants be ordered to retain substitute counsel within a period of time as the Court deems appropriate.

Dated: August 16, 2018.                             Respectfully submitted,

By: */s/ Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Attorneys for Plaintiff,*
*Quincy Bioscience, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2018 I electronically filed the foregoing document described as PLAINTIFF'S LIMITED OPPOSITION TO COUNSEL FOR DEFENDANT'S MOTION TO WITHDRAW with the Clerk of Court using the CM/ECF System, which all serve all counsel of record.

*/s/ Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Attorneys for Plaintiff,*
*Quincy Bioscience, LLC*