# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Quincy Bioscience, LLC

                  Plaintiff,

v.

Ellishbooks, et al.

                  Defendant.

Case No.: 1:17–cv–08292
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 1/23/2019. Counsel for Defendants appeared by phone. Plaintiff's motion for entry of confidentiality order [44] and Defendants' motion for confidentiality order [46] are entered and continued. Prove up hearing and presentment of Defendants' motion for declaratory judgment under FRCP 57 [42] set for 1/28/2019 are stricken and reset to 2/6/2019 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.