# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

QUINCY BIOSCIENCE, LLC,    )
    )
    Plaintiff    )
    )
    v.    )    No: 1:17-cv-08292
    )
ELLISHBOOKS, ELISHBOOKS    )    **Hon. Sharon Johnson Coleman**
CORPORATION and DOES 1-5    )
    )
    Defendants    )

## MOTION TO STRIKE APPEARANCE

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorney Richard G. Fonfrias of Fonfrias Law Group, LLC respectfully request that this Court Strike Attorney Appearance for Plaintiff Quincy Bioscience, LLC filed by Richard G. Fonfrias (docket #51) as this appearance erroneously lists the incorrect represented party; Richard G. Fonfrias has filed a corrected Appearance form (docket #53), in which the correct represented parties are listed.

Dated: February 6, 2019

Respectfully submitted,

By:    /s/Richard G. Fonfrias

Fonfrias Law Group, LLC
125 South Wacker Drive
Suite 300
Chicago, IL 60606
Richard Fonfrias, J.D. Managing Partner
F: 312-624-7954