IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ELLISHBOOKS, ELISHBOOKS CORPORATION and DOES 1-5<br><br>    Defendants. | Case No. 1:17-cv-8292 |

## DECLARATION OF JONATHAN J. KRIT

1.    My name is Jonathan J. Krit and I am a member of the bar of the Northern District of Illinois. I am an attorney at the law firm of Amin Talati Upadhye, LLP, located at 100 S. Wacker Drive, Suite 2000, Chicago, Illinois 60606. I am an attorney of record for the Plaintiff, Quincy Bioscience, LLC ("Quincy" or "Plaintiff") in this action, and I make and submit this Declaration in connection with Plaintiff's proof of damages to be presented at the Prove-Up Hearing in this case, in connection with the Default Judgment entered against Defendants Ellishbooks and Elishbooks Corporation. (Dkt. No. 28).

2.    I have first-hand knowledge of the facts set forth herein, or have learned these facts first hand, and if called and sworn as a witness I could and would testify competently and from personal knowledge as to these facts.

3.    A Complaint was filed in this action on November 15, 2017, naming Ellishbooks and Does 1-5 as Defendants. (Dkt. No. 1). A First Amended Complaint was filed in this action on December 14, 2017, adding Elishbooks Corporation as a defendant. (Dkt. No. 10). Plaintiff's

Motion for Default Judgment against Ellishbooks and Elishbooks Corporation was granted on August 8, 2018. (Dkt. No. 28). Plaintiff was then granted leave to take third party discovery. (Dkt. No. 33).

4.      On or about September 6, 2018, Plaintiff propounded third party discovery pursuant to Fed. R. Civ. P. 45 onto Amazon.com, Inc. ("Amazon") to discover, *inter alia*, the amount of revenue received by Ellishbooks from the sale of products sold as Prevagen® brand products. A true and correct copy of Plaintiff's Rule 45 Subpoena to Produce Documents served onto Amazon is attached as **Exhibit A**.

5.      In response to Plaintiff's subpoena, Amazon electronically produced, *inter alia*, a Microsoft Excel® spreadsheet file named SUB1000835 CONFIDENTIAL AMZN_00003-0010.xls, reflecting sales of both Prevagen® and non-Prevagen® products by Defendant Ellishbooks (the Amazon storefront) dating from approximately May 2017 onward.

6.      Because Plaintiff was aware of earlier sales of Prevagen® products by Defendant Ellishbooks, upon Plaintiff's request Amazon provided a revised Microsoft Excel spreadsheet covering sales for the entire year of 2017 and through 2018, named SUB1000835 CONFIDENTIAL AMZN Suppl Production (01.08.19).xls (the "Amazon Supplemental Spreadsheet"). **Exhibit B** is a true and correct copy of this Amazon Supplemental Spreadsheet.

7.      **Exhibit C** is the Declaration of Jesse M. Jensen, Amazon's Custodian of Records, attesting to the authenticity of, *inter alia*, the Amazon Supplemental Spreadsheet.

8.      To determine the amount of revenue that Ellishbooks received from sales of Prevagen® branded products alone, I prepared a separate spreadsheet based upon the sales information contained in the Amazon Supplemental Spreadsheet. I have received basic instruction on, and have experience in, using the Microsoft Excel® spreadsheet program. It is from this

instruction and experience that I have attained the ability to implement basic arithmetic functions and perform operations on numerical values in a Microsoft Excel® spreadsheet.

9. I prepared this separate spreadsheet of revenue from Prevagen® branded products by deleting all products not identified as Prevagen® branded products; adding an additional column programmed to show the value of the price per unit of the item sold multiplied by the number of units sold for each individual sale; and using Excel's summation tool to sum the values of this column and each numerical column. This spreadsheet that I prepared, hereinafter known as the Prevagen® Sales Spreadsheet, to the best of my knowledge and ability correctly tabulates the amount of sales that Ellishbooks took in from its unlawful sale of Prevagen® branded products from the beginning of 2017 through the end of 2018. A true and correct copy of this Prevagen® Sales Spreadsheet is attached as **Exhibit D**.

9. The Prevagen® Sales Spreadsheet, extracting relevant sales revenue information from the Amazon Supplemental Spreadsheet, establishes that Ellishbooks received $480,968.13 in sales from products sold as Prevagen® brand products on Amazon.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois on February 19, 2017.

By: _____
/Jonathan J. Krit