IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

QUINCY BIOSCIENCE, LLC,            *
   Plaintiff                  *
                                   *        Case No.: 1:17-cv-8292
v.                                 *
                                   *
ELLISHBOOKS, ELISHBOOKS            *
CORPORATION                        *
                                   *

*******************************************************************************************

## NOTICE OF APPEAL TO THE SEVENTH CIRCUIT

Notice is hereby given that Defendants Ellishbooks and Elishbooks Corporation appeal

to the United States Court of Appeals for the Seventh Circuit the Final Judgment

entered in this matter on March 26, 2018, by the United States  Court of Appeals for the

Seventh Circuit from Order entered on 26 March 2019 (Document No. 69) by the

Honorable Sharon Johnson Coleman, Judge of the United States District Court for the

Northern District of Illinois, Eastern Division.


/RDWy/
Robert M. DEWITTY
Attorney for Defendants
ELLISHBOOKS,  ELISHBOOKS
    CORPORATION

DeWitty and Associates, Chtd.
330 Pennsylvania Avenue, S.E.,  #302
Washington, D.C. 20003
T:  202 380 9609
F: 202 513 8071

Dated:  24 April 2019

CERTIFICATE OF SERVICE

I hereby certify that a copy of this **NOTICE OF APPEAL**, dated 24 April 2019, was emailed, on 24 April 2019 to Plaintiff's counsel in accordance with the following: Jonathan Krit, Amin Talati Upadhye, LLP, email: jonathan@amintalati.com.

/RDWy/
Robert M. DEWITTY
Attorney for Defendants
ELLISHBOOKS, ELISHBOOKS
      CORPORATION

DeWitty and Associates, Chtd.
330 Pennsylvania Avenue, S.E., #302
Washington, D.C. 20003
T: 202 380 9609
F: 202 513 8071