**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **QUINCY BIOSCIENCE, LLC,** | |
| Plaintiff, | Case No. 1:17-cv-8292 |
| v. | Hon. Sharon Johnson Coleman |
| **ELLISHBOOKS and ELISHBOOKS CORPORATION,** | *On Appeal in the United States Seventh Circuit, No. 19-1799* |
| Defendants. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, July 9, 2019 at 8:45 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Sharon Johnson Coleman in Courtroom #1425 to present Plaintiff Quincy Bioscience, LLC's Motion to Compel Ordering of Transcript Parts.

Dated: June 13, 2019.

Respectfully submitted,

By: */s/ Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI WASSERMAN, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Attorneys for Plaintiff,
Quincy Bioscience, LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2019 I electronically filed the foregoing document described as NOTICE OF MOTION with the Clerk of Court using the CM/ECF System, which serves all counsel of record.

*/s/ Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI WASSERMAN, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Attorneys for Plaintiff,*
*Quincy Bioscience, LLC*