# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604



CERTIFIED COPY

A True Copy

Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

June 17, 2019

*Before:*

**Diane P. Wood**, *Chief Judge*

**Frank H. Easterbrook**, *Circuit Judge*

**Michael Y. Scudder**, *Circuit Judge*

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br> Plaintiff-Appellee,<br><br>No. 19-1799          v.<br><br>ELLISHBOOKS, et al.,<br> Defendants-Appellants. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:17-cv-08292<br>]<br>] Sharon Johnson Coleman,<br>]     Judge. |

## O R D E R

On consideration of the memoranda filed by the parties addressing the court's order of April 29, 2019,

IT IS ORDERED that the parties return to the district court to seek and obtain an injunction order that is in compliance with Fed. R. Civ. P. 65(d)(1)(C). *See BankDirect Capital Financial v. Capital Premium Financial, Inc.*, 912 F.3d 1054, 1057 (7th Cir. 2019) ("Language in an opinion does not comply with Rule 65(d)."); *Bethune Plaza, Inc. v. Lumpkin*, 863 F.2d 525, 527 (7th Cir. 1988) ("A judicial opinion is not itself an order to act or desist; it is a statement of reasons supporting the judgment.… There must be a separate document, with a self-contained statement of what the court directs be done.").

IT IS FURTHER ORDERED that the parties file, on or before July 1, 2019, a status report regarding their compliance with this limited remand order.