IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| _____ | ) | |
| QUINCY BIOSCIENCE, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:17-cv-8292 |
| vs. | ) | Hon. Sharon Johnson Coleman |
| | ) | On Appeal in the United States |
| | ) | Seventh Circuit, No. 19-1799 |
| ELLISHBOOKS, ELISHBOOKS | ) | |
| CORPORATION, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION TO CONTINUE**

     NOW COMES, the Defendant, Ellishbooks, Elishbooks Corporation, through his counsel, Robert M. Dewitty, and moves this Court to grant a continuance of the July 9, 2019 Notice of Motion trial date.

1. Counsel for the Defendant has a prior engagement to attend on this hearing day.

     WHEREFORE, the Defendant, Ellishbooks, Elishbooks Corporation, asks this to grant this Motion to continue the hearing date.

                                                                    Respectfully submitted,
                                                                    _____/s/_____
                                                                 Robert M. DEWITTY
                                                                 Attorney for Defendants
                                                                ELLISHBOOKS, ELISHBOOKS CORPORATION
                                                                DeWitty and Associates, Chtd.
                                                                330 Pennsylvania Avenue, S.E.,
                                                                #302 Washington, D.C. 20003
                                                                Ste.300,
                                                                1997 Annapolis ExchPkwy.
                                                                Annapolis, MD 21401
                                                                T:  202 380 9609
                                                                F: 202 513 8071
                                                                E:  admin@dewittyip.com
                                                                rmdewitty@dewittyip.com