IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUINCY BIOSCIENCE, LLC, | ) | |
| Plaintiff - Appellee, | ) | Appeal from the United Statesvs. |
| | ) | District Court for the |
| Vs.    No. 19-1799 | ) | On Appeal in the United States |
| | ) | Eastern Division. |
| ELLISHBOOKS, ELISHBOOKS | ) | No. 1:17-cv-8292 |
| CORPORATION, | ) | Sharon Johnson Coleman, Judge. |
| Defendant - Appellant. | ) | |
| | ) | |

**MOTION TO CONTINUE**

NOW COMES, the Defendant, Ellishbooks, Elishbooks Corporation, through his counsel,Robert M. Dewitty, and moves this Court to grant a continuance of the July 9, 2019 Notice of Motion trial date.

1. Counsel for the Defendant has a prior engagement to attend on this hearing day.

WHEREFORE, the Defendant, Ellishbooks, Elishbooks Corporation, asks this court to grant this Motion to Continue the hearing of July 9, 2019 to August 5, 2019.

_____/s/_____
Respectfully submitted,
Robert M. DEWITTY
Attorney for Defendants
ELLISHBOOKS, ELISHBOOKS CORPORATION
DeWitty and Associates, Chtd.
330 Pennsylvania Avenue, S.E.,
#302 Washington, D.C. 20003
T:  202 380 9609
F: 202 513 8071
E:  admin@dewittyip.com
rmdewitty@dewittyip.com