## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Quincy Bioscience, LLC

                              Plaintiff,

v.                                         Case No.: 1:17–cv–08292
                                                         Honorable Sharon Johnson Coleman

Ellishbooks, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 7/9/2019. The defendant failed to appear or contact the court to request accommodation for appearance. The defendants' unnoticed motion to continue [77], which failed to articulate with specificity why a continuance was necessary, is denied. The plaintiff's motion to compel the appellant to order portions of the transcript [74], having been briefed by both parties, is granted. The transcript portions requested by the appellee are directly relevant to the appellant's contention on appeal and are necessary for appellate review of this Court's ruling. The plaintiff's oral motion for the entry of a final judgment order is granted. The plaintiff is to submit a proposed final judgment order to this Court's proposed order inbox. Mailed notice. (ym, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.