IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **QUINCY BIOSCIENCE, LLC,** | |
| Plaintiff, | Case No. 1:17-cv-8292 |
| v. | Hon. Sharon Johnson Coleman |
| **ELLISHBOOKS, and ELISHBOOKS CORPORATION,** | *On Appeal in the United States Seventh Circuit, No. 19-1799* |
| Defendants. | |

**STIPULATED MOTION TO CORRECT TRANSCRIPT**

Pursuant to Seventh Circuit Rule 10(b) and Federal Rule of Appellate Procedure 10(e), Plaintiff Quincy Bioscience ("Quincy") and Defendants Ellishbooks and Elishbooks Corporation ("Defendants") hereby jointly move this Court to modify the District Court record in this case by correcting certain errors in the transcript of proceedings which took place on March 12, 2019.

On March 12, 2019, the Parties attended a prove-up hearing following the granting of Quincy's motion for default judgment against the Defendants. (Dkt. No. 61). Defendants filed a Notice of Appeal following the Court's Order of March 26, 2019. (Dkt. Nos. 69, 70). As part of the record on appeal, Defendants ordered and filed into their Appellants' Appendix the transcript of the March 12, 2019 District Court hearing. (Appeal Case No. 19-1799, Docket Entry 37 at 67).

Subsequent to the filing of Appellant's opening brief, the Parties observed that the March 12, 2019 transcript contains two errors to which the Parties herein stipulate should be corrected. First, on Page 18, beginning at line 24 and continuing into Page 19, line 2, the transcript incorrectly attributes the following statements made therein to Mr. Krit, Quincy's counsel, when the statements therein were made by Mr. DeWitty, who is Defendants' counsel: "No. No. No. I don't think so. I think our client provided discovery. We did respond to several of their discovery issues. They did receive information from previous counsel."

1

Second, at Page 19, line 9, the transcript also incorrectly attributes the following statement to Mr. Krit, when it was actually stated by Mr. DeWitty: "That's true, Your Honor. That's true."

For these reasons, the Parties respectfully request that this Court issue an order ruling that the above referenced transcript statements contain errors of attribution, and ruling that: (1) the statements at 18:24 – 19:2 of the March 12, 2019 transcript of proceedings were made by Mr. DeWitty; and (2) the statement at 19:9 was also made by Mr. DeWitty. Pursuant to Seventh Circuit Rule 10(b), the Parties further request that this Court issue a notice of its ruling to the Seventh Circuit.

December 12, 2019

Respectfully submitted:

| | |
|---|---|
| **/s/ Robert M. DeWitty** | **/s/ Sanjay S. Karnik** |
| Robert M. DeWitty | Jonathan J. Krit |
| DeWitty and Associates, Chtd. | Illinois Reg. No. 6201473 |
| 330 Pennsylvania Avenue, #302 | Sanjay S. Karnik |
| Washington, DC 20003 | Illinois Reg. No. 6300156 |
| Telephone: (202 380-9609 | AMIN TALATI WASSERMAN, LLP |
| | 100 S. Wacker Dr., Suite 2000 |
| *Attorneys for Defendants Ellishbooks and Elishbooks Corporation* | Chicago, IL 60606 |
| | Telephone: (312) 327-3327 |
| | Facsimile: (312) 884-7352 |
| | Jonathan@amintalati.com |
| | Sanjay@amintalati.com |
| | |
| | *Attorneys for Plaintiff, Quincy Bioscience, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2019 I electronically filed the foregoing document described as STIPULATED MOTION TO CORRECT TRANSCRIPT with the Clerk of Court using the CM/ECF System, which serves all counsel of record.

**/s/ Sanjay S. Karnik**
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI WASSERMAN, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Attorneys for Plaintiff,*
*Quincy Bioscience, LLC*