**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Quincy Bioscience, LLC
                                  Plaintiff,

v.                                                      Case No.: 1:17−cv−08292
                                                          Honorable Sharon Johnson Coleman

Ellishbooks, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 13, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's stipulated motion to correct transcript [85] is granted. No appearance is necessary on 12/17/2019. The Court will have the court reporter file a corrected transcript of the March 12, 2019 proceedings. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.